NDFL PROB 12C
12/04

# United States District Court
## for the
## Northern District of Florida
### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Marcus Ladryl Hathcock | Case Number: 1:02CR43-004(SS) |

Name of Sentencing Judicial Officer:   The Honorable Maurice M. Paul
                                       Senior United States District Judge

Date of Original Sentence:   March 31, 2005.

Original Offense:   Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base, in violation of 21 U.S.C. §§841(a)(1), 841(b)(1)(A)(iii), and 846, a Class "A" Felony.

Original Sentence:   84 months imprisonment consecutive to the sentence imposed in 1:03CR27-001, followed by five (5) years supervised release, later reduced to sixty (60) months imprisonment pursuant to a Rule 35 Motion.

Type of Supervision:   Supervised Release       Date Supervision Commenced:   June 15, 2011

Asst. U.S. Attorney:   Frank Williams          Defense Attorney:   Stephen Bernstein, Esq.

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   **To issue a summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | <u>Violation of mandatory condition</u>, by failing to refrain from using or possessing a controlled substance. In that, on or about July 5, 2011, the supervised releasee provided a urine specimen that later tested positive for the presence of cocaine and cannabis. The defendant later admitted to using these substances prior to providing the urine sample. |

U.S. Probation Officer Recommendation:

That a summons be issued for the defendant to appear before the Court to show cause why his term of supervised release should not be revoked.

RE: Marcus Ladryl Hathcock, Dkt #1:02CR43-004(SS)
Petition for Warrant or Summons for Offender Under Supervision
Page #2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 11, 2011

Glenn H. McInnes
Sr. U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Sept. 20, 2011
Date

Warrant/Summons Issued:   9/20/11
Date                      Deputy Clerk